## MEMORANDUM DECISIONS

ANATOMIK FOOTWEAR CO. v. COWARD. (Circuit Court of Appeals, Second Circuit. May 2, 1915.) No. 266. Appeal from the District Court of the United States for the Southern District of New York. James H. Griffin, of New York City, for appellant. Louis W. Southgate and O. Ellery Edwards, Jr., both of New York City, for appellee. Before COXE, WARD, and ROGERS, Circuit Judges.

WARD, Circuit Judge. The opinion of Judge Rose dismissing the bill in this case founded on United States letters patent No. 812,920, issued to one Cole, for anatomical footwear, will be found at 220 Fed. 342. It may be conceded that Dr. Galloway did not describe in his article published in 1898 the complainant's shoe, because he used a heel higher on one side than on the other, and also that Kohn's patent, being merely for design, shows nothing material and that Tillottson's patent does not claim the features that Dr. Cole relies on. Still these documents and the proof of prior practice taken together do show that before Dr. Cole applied for his patent it was known that a wide sole and shank and heel, the heel being longer than usual and projecting forwardly on one side, were beneficial, whether the anatomical reasons were appreciated or not. We do not think that what the patentee did under these circumstances amounted to invention. Decree affirmed.

AUTOSALES GUM & CHOCOLATE CO. et al. v. RYEDE SPECIALTY WORKS. (Circuit Court of Appeals, Second Circuit. June 22, 1915.) No. 283. Appeals from the District Court of the United States for the Western District of New York. This cause comes here upon appeal from a decree of the District Court, Western District of New York. The suit is for infringement of United States patent No. 665,977, issued January 15, 1901, to Walter H. Pumphrey, for a coin-controlled mechanism. Validity and infringement of claims 5 and 6 were found, and defendant appeals from so much of the decree. Noninfringement of claim 24 was also found, and complainant appealed therefrom. The opinion of Judge Mayer will be found in 222 Fed. 956. A. A. Thomas, of New York City, for complainants. Frederick F. Church and G. W. Rich, both of Rochester, N. Y., for defendant. Before LACOMBE, COXE, and ROGERS, Circuit Judges.

PER CURIAM. The use of slot machines by which small articles may be sold automatically antedates Pumphrey's invention by many years and the art is a crowded one. The claims under consideration must be strictly construed, if validity is to be found. To attempt a description of these complicated machines would accomplish no useful purpose, since we concur in Judge Mayer's discussion of the record and it seems unnecessary to add anything to what he has written. The decree is affirmed, but since both sides appealed, and neither side wholly prevailed, there will be no costs of appeal to either party.